THE PEOPLE OF THE STATE OF NEW YORK ex rel. HEYDEN CHEMICAL COMPANY OF AMERICA, INC., Appellant, *v.* WALTER W. LAW, JR., et al., Constituting the STATE TAX COMMISSION, Respondent.

(Submitted October 4, 1928; decided October 26, 1928.)

*George F. Lewis* and *Murray D. Welch* for appellant. The State Tax Commission erroneously fixed the tax under section 214 of the Tax Law at $2,500, being one mill upon each dollar of the paid-in capital stock of relator. The tax was imposed, and the basis of computation was fixed, by the Tax Law as it stood (L. 1919, ch. 628, §§ 3–6).

*Albert Ottinger, Attorney-General (Claude T. Dawes* and *John T. Smith* of counsel), for respondent. An interpretation of the statute, that a domestic corporation with all its capital here escapes a tax based on that capital simply because it has no real or tangible personal property

is erroneous. (*New York* v. *Jersawit*, 263 U. S. 493; *People ex rel. Claire Belle Dresses* v. *State Tax Commission*, 221 App. Div. 471; *Underwood Typewriter Co.* v. *Chamberlain*, 254 U. S. 113.)

*Per Curiam.* The relator having no real or tangible property within the State is subject to the minimum tax of ten dollars. (Tax Law, § 214.)

The order appealed from should be reversed, with costs in this court and in the Appellate Division, and the determination of the State Tax Commission modified by reducing the tax to ten dollars.

Concur: Cardozo, Ch. J., Pound, Crane, Andrews, Lehman and O'Brien, JJ. Not sitting: Kellogg, J.

Ordered accordingly.